```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00441 AWI |
| Plaintiff, | STIPULATION AND ORDER THEREON FOR CONTINUANCE |
| v. | Date: February 22, 2010 |
| ALIDA OROZCO-ROSAS, | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Ian L. Garriques, Assistant U.S. Attorney and Carolyn D. Phillips, attorney for defendant, Alida Orozco-Rosas, that the status conference currently scheduled for January 11, 2010, be continued to **February 22, 2010** at 9:00 a.m. The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

  The reason for the continuance is to allow time for further defense preparation, investigation, and plea negotiations. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: January 7, 2010                    Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                     By:  /s/ Ian L. Garriques
                                             IAN L. GARRIQUES
                                             Assistant U.S. Attorney


Dated: January 7, 2010         By:  /s/ Carolyn D. Phillips
                                             CAROLYN D. PHILLIPS
                                             Attorney for Defendant


**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 7, 2010**                    /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE