# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>                       Plaintiff,         )<br>                                                        )<br>          v.                                          )<br>                                                        )<br>ALIDA OROZCO-ROSAS,              )<br>                                                        )<br>                       Defendant.       )<br>_____ ) | NO. 1:09-CR-00441-AWI<br><br>ORDER CONTINUING STATUS CONFERENCE<br><br>[Document # 18] |

     Pursuant to the stipulation filed by the parties on February 18, 2010, the status conference currently scheduled for February 22, 2010, shall be continued to April 26, 2010 at 9:00 a.m. The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3361(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:**   **February 19, 2010**                    /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE