```
Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833
```

Attorney for defendant Alida Orozco-Rosas

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00441 AWI |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER THEREON FOR CONTINUANCE OF HEARING |
| v. | ) | |
| | ) | |
| ALIDA OROZCO-ROSAS, | ) | Date:    May 10, 2010 |
| | ) | Time:    9:00 a.m. |
| Defendant. | ) | Judge:   Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently scheduled for May 10, 2010, be continued to **June 7, 2010** at 9:00 a.m.  The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

   The reason for the continuance is to allow time for further defense preparation, investigation, and plea negotiations.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant may

*Stipulation to Continue Status Conference, and Order Thereon; U. S. v. Alida Orozco-Rosas*, *Case No. 1:09-cr-00441 AWI*                                                                                                                                                          1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | have reasonable time necessary for effective preparation, taking |
| 2 | into account the exercise of due diligence.   18 U.S.C. |
| 3 | §3161(h)(7)(B)(iv).  The parties agree that the interests of |
| 4 | justice served by granting this continuance outweigh the best |
| 5 | interests of the public and the defendant in a speedy trial 18 |
| 6 | U.S.C. §3161(h)(7)(A). |

```
Dated:      May 4, 2010              Respectfully submitted,

                                       /s/ Carolyn D. Phillips
                                     CAROLYN D. PHILLIPS
                                     Attorney for Alida Orozco-Rosas


Dated:      May 4, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                     /s/ Ian L. Garriques
                                     By:  IAN L. GARRIQUES
                                     Assistant U.S. Attorney
```

**ORDER**

*Stipulation to Continue Status Conference, and Order Thereon;*
 *U. S. v. Alida Orozco-Rosas*, *Case No. 1:09-cr-00441 AWI*      2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | The intervening period of delay shall be excluded in the |
| 2 | interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and |
| 3 | §3161(h)(7)(B)(iv). |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: May 4, 2010             /s/ ANTHONY W. ISHII<br>                                HON. ANTHONY W. ISHII<br>                                UNITED STATES DISTRICT JUDGE |

*Stipulation to Continue Status Conference, and Order Thereon;*
 *U. S. v. Alida Orozco-Rosas*, *Case No. 1:09-cr-00441 AWI*     3

PDF created with pdfFactory trial version www.pdffactory.com