1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) Case No. 1:09-cr-00441 AWI
                                 )
12              Plaintiff,       ) STIPULATION TO CONTINUE STATUS
                                 ) CONFERENCE; ORDER
13                               )
          v.                     )
14                               ) Date:  June 28, 2010
   ALIDA OROZCO-ROSAS,           ) Time:  9:00 a.m.
15                               ) Judge: Hon. Anthony W. Ishii
                Defendant.       )
16 _____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that **the**

19 **status conference now set for June 7, 2010, may be continued to**

20 **June 28, 2010, at 9:00 a.m.**

21      The reason for the continuance is to allow time for further

22 case preparation, defense investigation, and plea negotiations.

23 The parties stipulate and agree that the interests of justice

24 served by granting this continuance outweigh the best interests

25 of the public and the defendant in a speedy trial and that the

26 delay from the continuance shall be excluded from the calculation

27 of time under the Speedy Trial Act pursuant to 18 U.S.C. §§

28 ///

1  3161(h)(7)(A) and (B)(iv).

2

3  Dated: June 2, 2010                    Respectfully submitted,

4                                         BENJAMIN B. WAGNER
                                          United States Attorney
5
                                   By:    /s/ Ian L. Garriques
6                                         IAN L. GARRIQUES
                                          Assistant U.S. Attorney
7

8

9  Dated: June 2, 2010             By:    /s/ Carolyn D. Phillips
                                          CAROLYN D. PHILLIPS
10                                         Attorney for Defendant

11

12                           **O R D E R**

13      The intervening period of delay shall be excluded in the

14  interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

15  3161(h)(7)(B)(iv).

16
   IT IS SO ORDERED.
17
   **Dated:    June 3, 2010**                    **/s/ Anthony W. Ishii**
18                                    CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28