# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO: 1:09-CR-00441 AWI |
| ) | |
| ALIDA OROZCO-ROSAS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee: **ALIDA OROZCO-ROSAS**
**CDCR Name: Maria Mendoza-Valdez**
Detained at (custodian): **Valley State Prison for Women Reception, Chowchilla, CA**

Detainee is:  a.)  ☒ charged in this district by:
☒ Indictment   ☐ Information   ☐ Complaint
Charging Detainee With: **8 U.S.C. § 1326(a) & (b)(2) - Deported Alien Found in the United States**

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*
**Subject's next U.S. District Court date in Fresno is on 6/28/2010**

Signature:  **/s/ Ian L. Garriques**
Printed Name & Phone No: **Ian L. Garriques/559-497-4025**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 8, 2010                                                      /s/ Gary S. Austin
Date                                                      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Maria Gereza Mendoza Valdez | Male ☐ | Female ☒ |
| Booking or CDC #: | WA4745 | DOB: | |
| Facility Address: | Release Date: 10/14/2010 | Race: | |
| | | FBI #: | 225821CB5 |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____   _____
                                                                                                    (Signature)

Form Crim-48                                                                                                   Revised 11/19/97